IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>CHAZ HICKS,<br><br>          Defendant. | Case No. 22-20025-DDC |

## MOTION TO DISMISS

The United States of America, by and through Assistant U.S. Attorney Michelle McFarlane, and pursuant to Federal Rules of Criminal Procedure 48(a), hereby moves the Court to dismiss the above-captioned case without prejudice in the interests of justice.

Respectfully submitted,
DUSTON J. SLINKARD
United States Attorney

 /s/ Michelle McFarlane
MICHELLE MCFARLANE
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: Michelle.McFarlane@usdoj.gov
Ks. S. Ct. No. 26824

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2022, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing all counsel of record.

 s/ Michelle McFarlane
MICHELLE MCFARLANE
Assistant United States Attorney