IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       **Plaintiff,**<br><br>v.<br><br>CHAZ HICKS,<br><br>                       **Defendant.** | Case No. 22-20025-01-DDC |

## ORDER

This matter is before the court on the government's Motion to Dismiss (Doc. 15) the above-captioned case. Being fully advised in the premises, the court sustains the motion.

IT IS THEREFORE ORDERED that the above-captioned case be, and the same hereby is, dismissed as to the above-named defendant, without prejudice.

Dated this 9th day of September, 2022, at Kansas City, Kansas.

                                                    s/ Daniel D. Crabtree
                                                    DANIEL D. CRABTREE
                                                    United States District Judge